IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01940-WYD-MEH

LINCOLN MOORE,

    Plaintiff,

v.

SUMMIT COLLECTION SERVICES, INC., a New Jersey Corporation,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT, having reviewed the Stipulation of Dismissal With Prejudice filed by the parties on January 3, 2007 (docket #6), pursuant to Fed.R.Civ.P. 41(a)(1)(ii), and being fully advised in the premises, hereby

ORDERS that the present action is dismissed with prejudice, with each party to pay his/its own costs and attorneys' fees.

Dated:  January 4, 2007

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge